# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | |
| vs. ) | Case Nos.    2:08-cv-8012-RDP-TMP |
| ) |                         2:04-cr-348-RDP-TMP |
| LAFONDA MONTA GREEN, ) | |
| ) | |
| Defendant/Movant. ) | |

## O R D E R

This case is before the court on Defendant/Movant's Motion to Vacate, Set Aside, or Correct Sentence filed pursuant to 28 U.S.C. § 2255. (Doc. #1). The Magistrate Judge issued a Report and Recommendation (Doc. #11) recommending that this motion be denied. Defendant/Movant filed objections on February 24, 2010. (Doc. #12).

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. The objections are therefore **OVERRULED**. Consequently, the motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby **DENIED**.

**DONE** and **ORDERED** this      23rd      day of March, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE